GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for plaintiff:
BRUNO'S ISLAND YACHT HARBOR, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION – IN ADMIRALTY)

| | |
|---|---|
| BRUNO'S ISLAND YACHT HARBOR, INC., a California corporate entity,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BETTY McHENRY, an individual; HOUSEBOAT CA 0754 HM, her tackle, machinery, hull, appurtenances, etc., <u>in rem.</u>,<br><br>　　　　　　Defendants. | **CASE NO.: 2:07-CV-02048-MCE-KJM**<br><br>**STIPULATION REQUESTING & ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCIVP 41(a) (1) (ii)** |

　　　　COMES NOW PLAINTIFF BRUNO'S ISLAND YACHT HARBOR, INC., ("plaintiff") and with DEFENDANTS BETTY McHENRY, an individual; HOUSEBOAT CA 0754 HM, her tackle, machinery, hull, appurtenances, etc., in rem ("defendants") stipulate and agree as follows:

//

//

1
**STIPULATION REQUESTING & ORDER FOR DISMISSAL WITH PREJUDICE**
**(CASE NO. 2:07-CV-02048-MCE-KJM)**

P0309.2009-1753

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties appearing in this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice against all parties to this action pursuant to Fed. R. Civ. Proc. 41 (a) (1) (ii) with each party to bear their own costs.

DATED: 13 March 2009          **LAW OFFICES OF GEORGE W. NOWELL**

By: /s/ John H. Cigavic III
    JOHN H. CIGAVIC III
    Attorneys for plaintiff
BRUNO'S ISLAND YACHT HARBOR, INC.

DATED: March 13, 2009          **MURPHY PEARSON BRADLEY & FEENEY**

By: /s/ Steven A. Kronenberg
    STEVEN A. KRONENBERG
    Attorneys for defendants
BETTY McHENRY, an individual, and
HOUSEBOAT CA 0754 HM, her tackle,
machinery, hull, appurtenances, etc., a
vessel in rem

GOOD CAUSE APPEARING IN THE ABOVE STIUPLATION, IT IS ORDERED THAT THIS LAWSUIT IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0309.2009-1753

PDF created with pdfFactory trial version www.pdffactory.com